**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 97-6-DLB**

**UNITED STATES OF AMERICA**                             **PLAINTIFF**

**v.**         **ORDER ADOPTING RECOMMENDED DISPOSITION**

**JOHN STRANGE**                                            **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the September 29, 2020 Recommended Disposition of United States Magistrate Judge Edward B. Atkins (Doc. # 72), wherein he recommends that Defendant's Motion for Hearing (Doc. # 61) and Request for Hearing (Doc. # 62) be denied, and that the United States' unopposed Motion for Garnishment Disposition Order (Doc. # 70) be granted. Neither party having filed objections, and with the time to do having now expired, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Recommended Disposition (Doc. # 72) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion for Hearing (Doc. # 61) and Request for Hearing (Doc. # 62) are **DENIED** for the reasons stated in the Recommended Disposition; and

(3) The United States' Motion for Garnishment Disposition Order (Doc. # 70) is **GRANTED** for the reasons stated in the Recommended Disposition.

This 8th day of March, 2021.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\Ashland Criminal\Earlier Years\97-6 Order Adopting Recommended Disposition.docx